# EXHIBIT "A"

# STATE COURT FILE

# EXHIBIT "A"

Electronically Filed
12/11/2020 4:10 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

CASE NO: A-20-826252-C
Department 31

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LINDA SEVERSON,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, d/b/a SMITHS; DON ENGLAND, an Individual; DAVID HUFFER, an Individual DOE EMPLOYEE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.<br>DEPT. NO.<br><br>**COMPLAINT** |

Plaintiff, LINDA SEVERSON, by and through her attorneys, MARCUS A. BERG, ESQ., and JOHN C. FUNK, ESQ., of the law firm of MOSS BERG INJURY LAWYERS, and for her causes of action against Defendant, hereby alleges as follows:

1. That at all times relevant to these proceedings, Plaintiff, LINDA SEVERSON was and is a resident of Clark County, Nevada.

2.  Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter referred to as Defendant "SMITH'S"), was and is a Foreign Corporation, organized and existing pursuant to the laws of the State of Nevada, and authorized to do and doing business in Clark County, Nevada, as SMITH'S, located at 2255 East Centennial Parkway, North Las Vegas, Nevada 89081 (hereinafter referred to as "Subject Premises").

3.  Plaintiff is informed, believes and thereon alleges that at all times relevant to these proceedings, Defendant, DON ENGLAND (hereinafter referred to as Defendant "ENGLAND") is a citizen and resident of Nevada and was one of the store managers of Defendant, SMITH'S and is a resident of Clark County, Nevada and was responsible for managing the SMITH'S located at 2255 East Centennial Parkway, North Las Vegas, Nevada 89081, in Clark County, Nevada, including but not limited to, inspecting and/or maintaining the Subject Premises of Defendant, SMITH'S and making sure the Subject Premises is safe and free from hazardous conditions for guests.

4.  Plaintiff is informed, believes and thereon alleges that at all times relevant to these proceedings, Defendant, DAVID HUFFER (hereinafter referred to as Defendant "HUFFER") is a citizen and resident of Nevada and was one of the store manager of Defendant, SMITH'S and is a resident of Clark County, Nevada and was responsible for managing the SMITH'S located at 2255 East Centennial Parkway, North Las Vegas, Nevada 89081, in Clark County, Nevada, including but not limited to, inspecting and/or maintaining the Subject Premises of Defendant, SMITH'S and making sure the Subject Premises is safe and free from hazardous conditions for guests.

5.  Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, DOE EMPLOYEE was and is an unknown employee of

Defendant, SMITH'S and was and is a resident of Clark County, Nevada, and was responsible for inspecting and/or maintaining the Subject Premises. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOE EMPLOYEE when the same have been fully ascertained.

6. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES I through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as DOES are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on the Subject Premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOES I through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or employee of each other Defendant.

7. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as ROE CORPORATIONS I through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as ROE CORPORATIONS are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on Defendant's premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of ROE CORPORATIONS I through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or

employee of each other Defendant.

8. That on or about December 23, 2018, Plaintiff was a guest on the Subject Premises, commonly known as SMITH'S.

9. At that same time and place, Defendants, and each of them, so carelessly and negligently created, owned, controlled, inspected, and/or maintained the premises in an unstable and dangerous manner so as to allow a hazardous condition, to exist on the Subject Premises, specifically, an improperly maintained walkway near the store entrance where Defendants were aware numerous customers would be constantly walking, and a substance was present on the floor that made it unreasonably slippery, which, without proper warning of the hazard, caused Plaintiff to slip and fall, as she was entering the store after unsuccessfully attempting to retrieve a shopping cart from the shopping cart well, and as a proximate result thereof, Plaintiff was seriously injured.

10. That as a direct and proximate result of the Defendants, and each of them, and/or their employee/agent's negligent acts and/or omissions and/or breach of duty, Defendants forced Plaintiff to encounter a dangerous condition by creating and/or allowing a slick substance and/or surface to exist on the floor of an improperly maintained main walkway, to exist on the Subject Premises, thereby causing Plaintiff to slip and fall.

11. Defendants ENGLAND and HUFFER were responsible for establishing and/or carrying out policies and procedures setting forth reasonable precautions to prevent dangerous conditions on Defendant SMITH's floors created by customers performing tasks traditionally performed by employees, and/or hiring, training, and supervising employees to carry out those tasks.

12. Defendants, and each of them, carelessly and negligently failed to warn of a hazard with respect to the Subject Premises, thereby forcing Plaintiff to encounter a dangerous

condition on the Subject Premises, resulting in Plaintiff sustaining serious injuries and damages.

13. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, Plaintiff sustained severe and debilitating injuries to her wrists, arms, head, face, shoulders and ribs among others, all or some of which conditions may be permanent or disabling in nature, causing general damages in an amount to be determined at trial.

14. This Court has subject matter jurisdiction over this matter pursuant to NRS 4.370(1), as the matter in controversy exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of attorney's fees, interest, and costs.

15. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, Plaintiff was required, and will be required in the future, to incur expenses for medical care and treatment and costs incidental thereto in an amount to be determined.

16. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, Plaintiff has incurred substantial out-of-pocket expenses, including, but not limited to, money spent for prescriptions, medication, and uncovered medical expenses.

17. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, Plaintiff has endured physical and emotional pain and suffering. It is further expected that Plaintiff will be forced to endure future physical and emotional pain associated with her continued medical treatment, recuperation, physical therapy and limitations associated with her injuries into the foreseeable future.

18. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, Plaintiff has suffered and continues to suffer a significant deterioration in Plaintiff's enjoyment of life and lifestyle.

19. That Plaintiff has had to retain the services of an attorney to prosecute this action and is, therefore, entitled to reasonable attorney's fees and costs of suit incurred herein.

WHEREFORE, Plaintiff, expressly reserving the right to amend her Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

1. General damages in an amount in excess of $15,000.00;

2. Damages for costs of medical care and treatment and costs incidental thereto, when the same have been fully ascertained;

3. Reasonable attorney's fees and costs of suit incurred herein; and

4. For such other and further relief as the Court may deem proper in the premises.

DATED this _11th_ day of December 2020.

MOSS BERG INJURY LAWYERS

By: _____
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

AOS

**DISTRICT COURT , CLARK COUNTY**
**CLARK COUNTY, NEVADA**

Electronically Filed
12/29/2020 9:23 AM
Steven D. Grierson
CLERK OF THE COURT

| | |
|---|---|
| **LINDA SEVERSON**  Plaintiff | CASE NO: A-20-826252-C |
| vs | HEARING DATE/TIME: |
| **SMITHS FOOD AND DRUG CENTERS, INC;** Defendant **ET AL.** | DEPT NO: 31 |

## AFFIDAVIT OF SERVICE

ALYSSA RAKOWSKY being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 21st day of December, 2020 and served the same on the 22nd day of December, 2020, at 20:18 by:

delivering and leaving a copy with the servee DAVID HUFFER at (address) 5768 IRELAND RIDGE CT, LAS VEGAS NV 89149

WHITE MALE 5FT7IN - 5FT11IN 150-180LBS BROWN HAIR BROWN EYES 30-40 YEARS OLD

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __22__ day of __Dec__ , __2020.__

**ALYSSA RAKOWSKY**
R-2019-08545

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP243676                              Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

AOS

**DISTRICT COURT , CLARK COUNTY**
**CLARK COUNTY, NEVADA**

Electronically Filed
12/29/2020 9:23 AM
Steven D. Grierson
CLERK OF THE COURT

| | |
|---|---|
| LINDA SEVERSON | Plaintiff |
| vs | |
| SMITHS FOOD AND DRUG CENTERS, INC; ET AL. | Defendant |

CASE NO: A-20-826252-C
HEARING DATE/TIME:
DEPT NO: 31

## AFFIDAVIT OF SERVICE

MICHELLE HARRIS being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 21st day of December, 2020 and served the same on the 28th day of December, 2020, at 09:18 by:

serving the servee SMITHS FOOD AND DRUG CENTERS C/O REGISTERED AGENT CORPORATION SERVICE COMPANY by personally delivering and leaving a copy at (address) 112 N CURRY ST., CARSON CITY NV 89703 with KRIS OSBORNE, AUTHORIZED TO ACCEPT pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __28__ day of __Dec__, __2020__.

**MICHELLE HARRIS**
**2019-09792**

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP243677

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

Case Number: A-20-826252-C