1  8MARCUS A. BERG, ESQ.
   Nevada Bar No. 9760
2  marcus@mossberglv.com
3  JOHN C. FUNK, ESQ.
   Nevada Bar No. 9255
4  john@mossberglv.com
   MOSS BERG INJURY LAWYERS
5  4101 Meadows Lane, Suite 110
   Las Vegas, Nevada 89107
6  Telephone: (702) 222-4555
7  Facsimile: (702) 222-4556
   *Attorneys for Plaintiff*
8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11 | LINDA SEVERSON,                                | **Case No.: 2:21−cv−00116−KJD−EJY** |
12 |                                                |                                     |
   | Plaintiff,                                     |                                     |
13 |                                                |                                     |
   | vs.                                            |                                     |
14 |                                                |                                     |
   | SMITH'S FOOD & DRUG CENTERS,                   |                                     |
15 | INC., a Foreign Corporation, d/b/a SMITHS;     |                                     |
   | DON ENGLAND, an Individual; DAVID              |                                     |
16 | HUFFER, an Individual DOE EMPLOYEE;            |                                     |
17 | DOES I through X; and ROE                      |                                     |
   | CORPORATIONS I through X, inclusive,           |                                     |
18 |                                                |                                     |
   | Defendants.                                    |                                     |
19

20
       **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND
21                                REQUEST)**
22

23     Plaintiff LINDA SEVERSON (hereinafter "Plaintiff") and Defendant SMITH'S FOOD

24 & DRUG CENTERS, INC., (hereinafter "Defendant") (collectively "Parties"), by and through

25 their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the

26 current scheduling order and discovery plan in this matter for a period of sixty (60) days for the

27 reasons explained herein, under LR 26-3 and LR IA 6-1, averring that this is the second such
28

1

discovery extension requested in this matter.

## DISCOVERY COMPLETED TO DATE

1. The Parties held a FRCP 26(f) Conference on February 24, 2021;

2. Plaintiff served her Initial FRCP 26(a) Disclosure of Witnesses and Documents on April 11, 2021;

3. Defendant served its Initial FRCP 26(a) Disclosure of Witnesses and Documents on May 5, 2021;

4. Defendant served Plaintiff with Interrogatories, Requests for Production of Document and Requests for Admissions on May 19, 2021

5. Plaintiff served her First Supplement to FRCP 26(a) Disclosure of Witnesses and Document on June 8, 2021;

6. Plaintiff answered Defendant's discovery requests on June 15, 2021;

7. Plaintiff served Defendant with Interrogatories and Requests for Production of documents on August 3, 2021;

8. Defendant answered Plaintiff's discovery requests on September 8, 2021;

9. Plaintiff's deposition was taken on September 16, 2021;

10. A site inspection with the Experts was done on November 5, 2021;

11. Plaintiff served her Expert Disclosures on November 16, 2021;

12. Defendant served its Expert Disclosures on December 27, 2021;

13. Plaintiff has executed several authorizations for medical records;

## DISCOVERY TO BE COMPLETED AND REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Plaintiff and Defendant anticipate that further depositions of pertinent witnesses will be necessary, including Plaintiff's deposition of Defendant's FRCP 30(b)(6) designee(s). Due to the

new variant of COVID-19 and the holiday schedule it's been difficult to coordinate these remaining depositions. The parties are currently working on securing dates for these remaining depositions.

## CURRENT DATES AND PROPOSED SCHEDULE

**CURRENT DATE**

1.   Discovery Cut-off:          January 21, 2022;

2.   Dispositive Motions:        February 21, 2022

3.   Pre-Trial Order:            March 23, 2022

**PROPOSED NEW DATE**

1.   Discovery Cut-off           March 21, 2022

2.   Dispositive Motions         April 21, 2022

3.   Pre-Trial Order             May 23, 2022 or or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5).

3

If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 18th day of January 2022. | DATED this 18th day of January 2022 |
| MOSS BERG INJURY LAWYERS | COOPER LEVENSON, P.A. |
| **/s/ MARCUS A. BERG, ESQ.** | **/s/ GREGORY KRAEMER, ESQ.** |
| MARCUS A. BERG, ESQ.<br>Nevada Bar No. 9760<br>marcus@mossberglv.com<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>Telephone: (702) 222-4555<br>Facsimile: (702) 222-4556<br>*Attorneys for Plaintiff*<br>*Linda Severson* | JERRY S. BUSBY<br>Nevada Bar #001107<br>GREGORY A. KRAEMER<br>Nevada Bar #010911<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702)366-1125<br>FAX: (702) 366-1857<br>*Attorneys for Defendant Smith's Food and Drug* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

 January 18, 2022
_____
**DATE**